Ambrish S. Sidhu, Esq.
Nevada Bar No. 7516
**SIDHU LAW FIRM, LLC**
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Tel: (702) 384-4436
Fax: (702) 384-4437
E-Mail: asidhu@sidhulawfirm.com
[Proposed] Reorganization Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-13-19083-BTB |
| HELI USA AIRWAYS, INC., | Chapter 11 |
| Debtor. | Date:<br>Time:<br>Courtroom:  4 |

**NOTICE OF ENTRY OF ORDER**

NOTICE IS HEREBY GIVEN that on the 6th day of November, 2013, an Order Approving Stipulation to: (1) Pay a Portion of Held Funds to Heli USA Airways, Inc. for Payment of Payroll and (2) Credit a Portion of Held Funds to Heli USA Airways, Inc.'s Account for Payment of Nevada State Taxes was entered in the above-entitled matter, a copy of said Order, is attached hereto.

Dated this 6th day of November, 2013.

SIDHU LAW FIRM, LLC

By: /s/Ambrish S. Sidhu
AMBRISH S. SIDHU
Nevada Bar No. 7516
810 S. Casino Center Bld., #104
Las Vegas, Nevada 89101
Tel: (702) 384-4436
Fax: (702) 384-4437
Email: asidhu@sidhulawfirm.com
[Proposed] Attorneys for Debtor

# CERTIFICATE OF SERVICE

1. On this 6th day of November, 2013, I served the following document(s) (specify):

   <u>NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO (1) PAY A PORTION OF HELD FUNDS TO HELI USA AIRWAYS, INC. FOR PAYMENT OF PAYROLL AND (2) CREDIT A PORTION OF HELD FUNDS TO HELI USA AIRWAYS, INC.'S ACCOUNT FOR PAYMENT OF NEVADA STATE TAXES.</u>

2. I served the above-named document(s) by the following means to the persons as listed below:

   *(check all that apply)*
   - ■ a.  **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*

   Edward M. McDonald, Esq.:          Edward.M.McDonald@usdoj.gov
   *Office of the US Trustee*

   Ryan Anderson, Esq.                randerson@lionelsawyer.com
   *Pratt & Whitney Canada Leasing*

   Abran Vigil, Esq.:                 VigilA@ballardspahr.com
   Jon Pearson, Esq.                  PearsonJ@ballardspahr.com
   Dean Waldt, Esq.:                  WaldtD@ballardspahr.com
   *AugustaWestland Philadelphi Corp.*

   Alycia Hansen, Esq.                AHansen@ag.nv.gov
   *Nevada Attorney General*

   Robert Atkinson, Esq.:             robert@nv-lawfirm.com
   *Maverick Helicopters*

   Chris L. Dickerson, Esq.           chris.dickerson@dlapiper.com
   *Intesa Sanpaolo, S.P.A.*

   b.  **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

   |   |   |
   |---|---|
   |   |   |
   |   |   |

   c.  **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

   I personally delivered the document(s) to the persons at these addresses:
   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
TEL: (702) 384-4436   FAX: (702) 384-4437

2

place in the office.

        For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    **d.**    **By direct email (as opposed to through the ECF System)**
        *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    **e.**    **By fax transmission**
        *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    **f.**    **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

## I declare under penalty of perjury that the foregoing is true and correct.

Signed on (date):   11-06-13

|    Marie Jorczak |    /s/Marie Jorczak |
|---|---|
| **(Name of Declarant)** | **(Signature of Declarant)** |

3

*[signature]*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
November 06, 2013

Ambrish S. Sidhu, Esq.
Nevada Bar No. 7516
**SIDHU LAW FIRM, LLC**
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Tel: (702) 384-4436
Fax: (702) 384-4437
E-Mail: ssidhu@sidhulawfirm.com
[Proposed] Reorganization Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-13-19083-BTB |
| HELI USA AIRWAYS, INC., | Chapter 11 |
| Debtor. | Date:<br>Time:<br>Courtroom:    4 |

**ORDER APPROVING STIPULATION TO: (1) PAY A PORTION OF HELD FUNDS TO HELI USA AIRWAYS, INC. FOR PAYMENT OF PAYROLL AND (2) CREDIT A PORTION OF HELD FUNDS TO HELI USA AIRWAYS, INC.'S ACCOUNT FOR PAYMENT OF NEVADA STATE TAXES**

Debtor HELI USA AIRWAYS, INC. by and through its proposed attorney of record herein, Ambrish S. Sidhu of the Sidhu Law Firm and the State of Nevada, on Relation of Its Department of Taxation (hereinafter, the "**Department**") by and through its counsel, Catherine Cortez Masto, Attorney General, by her Deputy, Alycia K. Hansen, having filed a Stipulation to: (1) Pay a Portion of Held Funds to Heli USA Airways, Inc. for Payment of Payroll and (2) Credit

a Portion of Held Funds to Heli USA Airways, Inc.'s Account for Payment of Nevada Taxes ("**Stipulation**"); the Court having entertained the same; and for good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that the Department shall release the funds as long as the following conditions are all fulfilled:

    a.    The Department has endorsed the cashier's check and provided it to Debtor's proposed counsel the Sidhu Law Firm.

    b.    The Sidhu Law Firm will coordinate deposit of the funds into Debtor's account.

    c.    In conjunction with the deposit into Debtor's account, Debtor will immediately provide a cashier's check made payable to the Department in the amount of $33,039.59, which sum the Department is authorized to apply toward Debtor's account with the balance of $66,224.31 to be utilized by Debtor for Debtor's payroll obligations. The Sidhu Law Firm will deliver the $33,039.59 cashier's check to the Department.

IT IS FURTHER ORDERED in the event any of the conditions identified herein are not fulfilled, the Debtor agrees to return the sum of $66,224.31 to the Department.

IT IS FURTHER ORDERED that this Stipulation shall in no way alter or amend any of the Department's rights.

IT IS FURTHER ORDERED that further, the sums paid to the Department in accord with the terms of this Stipulation shall be applied to the Debtor's account and shall reduce the debt owed to the Department. This payment, however, does not satisfy all sums due from the Debtor to the Department. The Department will file a claim in the bankruptcy for sums due.

IT IS FURTHER ORDERED that Debtor further agrees that it will not in any way challenge any payments made to the Department which are detailed herein and, further, that it will assist in the defense of these payments to the Department in the event any other party challenges these payments.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

SIDHU LAW FIRM, LLC

By: /s/Ambrish S. Sidhu
 AMBRISH S. SIDHU, ESQ.
 [Proposed] Counsel for Debtor

 ###

3