ADAM PAUL LAXALT
Attorney General
Alycia K. Hansen
Deputy Attorney General
Nevada Bar No. 9054
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3184
(702) 486-3416 - Facsimile
ahansen@ag.nv.gov
Attorneys for the State of Nevada,
on Relation of Its Department of Taxation

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

HELI USA AIRWAYS, INC,

    Debtor.

Case No. 13-19083-btb
Chapter 11

HONORABLE BRUCE T. BEESLEY

Hearing Date: July 1, 2015
Hearing Time: 2:00 p.m.

**AFFIDAVIT OF REVENUE OFFICER II, MIXALY ARAMBULA, IN SUPPORT OF STATE OF NEVADA, ON RELATION OF ITS DEPARTMENT OF TAXATION'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 1112 AND LOCAL RULE 2015 FOR (1) FAILURE TO FILE POST-PETITION TAX RETURNS AND (2) FAILURE TO PAY POST-PETITION TAXES, FEES AND CHARGES**

STATE OF NEVADA     )
                               ) SS
COUNTY OF CLARK  )

    I, MIXALY ARAMBULA, first being duly sworn, deposes, and says:

    1.    I am a Revenue Officer II with the Department of Taxation for the State of Nevada ("Department"). My duties in this position include monitoring bankruptcy matters involving taxpayers registered with the Department and preparing and filing claims with the United States Bankruptcy Court where taxpayers owe a tax liability to the Department. At all relevant periods at issue herein, I was employed by the State of Nevada, Department of Taxation as a Revenue Officer.

. . .

1

2.    If called to testify in this matter, I could and would competently testify as to the following facts of my own knowledge, unless otherwise indicated herein.

3.    As part of my job duties, I reviewed Debtor HELI USA AIRWAYS, INC (hereinafter, "Debtor Heli's") tax account.

4.    On June 2, 2015, the Department filed an amended administrative claim in the amount of $203,520.27 (hereinafter, the "Administrative Claim").

5.    A true and accurate copy of the Administrative Claim is docketed at 416 and categorized as Claim Number 13-4 in the claim registry.

6.    The Administrative Claim includes estimated sums due and owing as Taxpayer failed to file returns – or to pay the corresponding taxes – for the following sales and use tax periods:

    a.    Period ending November 30, 2013;
    b.    Period ending December 31, 2013;
    c.    Period ending January 31, 2014;
    d.    Period ending July 31, 2014;
    e.    Period ending October 31, 2014;
    f.    Period ending November 20, 2014;
    g.    Period ending December 31, 2014;
    h.    Period ending January 31, 2015;
    i.    Period ending February 28, 2015;
    j.    Period ending March 31, 2015; and
    k.    Period ending April 30, 2015.

7.    The Administrative Claim also includes estimated sums due and owing as Taxpayer failed to file a return for the March 31, 2014, modified business tax period or to pay the corresponding tax.

8.    The Administrative Claim also includes property taxes for the following unpaid periods:

. . .

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

  a. 1st Quarter 2013 – 2014;

  b. 2nd Quarter 2013 – 2014;

  c. 3rd Quarter 2013 – 2014;

  d. 4th Quarter 2013 – 2014;

  e. 1st Quarter 2014 – 2015;

  f. 2nd Quarter 2014 – 2015; and

  g. 3rd Quarter 2014 – 2015.

Further, your Affiant sayeth naught.

_____
MIXALY ARAMBULA, Revenue Officer II for the
Nevada Department of Taxation

SUBSCRIBED and SWORN to before me this _3_ day of June, 2015.

_____
Notary in and for said County and State

**NOTARY PUBLIC**
**STATE OF NEVADA**
County of Clark
JOYE BARKER
Appt. No. 00-62046-1
My Appt. Expires Aug. 18, 2017

3