_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 09, 2015

_____

ADAM PAUL LAXALT
Attorney General
Alycia K. Hansen
Deputy Attorney General
Nevada Bar No. 9054
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3184
(702) 486-3416 - Facsimile
ahansen@ag.nv.gov
Attorneys for the State of Nevada,
on Relation of Its Department of Taxation

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13-19083-btb |
| HELI USA AIRWAYS, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) HONORABLE BRUCE T. BEESLEY |
| | ) |
| | ) Hearing Date: July 1, 2015 |
| | ) Hearing Time: 2:00 p.m. |

**ORDER GRANTING THE STATE OF NEVADA, ON RELATION OF ITS DEPARTMENT OF TAXATION'S MOTION TO DISMISS**

The Motion of the State of Nevada, on Relation of Its Department of Taxation for the entry of an order dismissing Debtor's Chapter 11 Case (the "Motion") came before this Court on July 1, 2015. The Court having reviewed the Motion and having conducted a hearing on the Motion, at which time the Debtor and all parties in interest were given an opportunity to be heard; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. §

. . .

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

1  157(b); and it appearing that venue of this proceeding and this Motion is proper in this district
2  in accordance with 28 U.S.C.
3  §§ 1408 and 1409; the Court having determined that notice of the Motion as provided therein
4  was good and sufficient and no other notice need be given; and the Court finding that the
5  relief requested in the Motion is appropriate; and the Court having determined that (i) the legal
6  and factual bases set forth in the Motion constitute sufficient cause for the relief granted
7  herein and (ii) the relief requested in the Motion best serves the interests of creditors and the
8  Debtors; (iii) Debtor filed a non-opposition (docketed at 424); and after due deliberation, it is,
9  by the United States Bankruptcy Court for the District of Nevada, hereby:

10     ORDERED that the Motion is granted as set forth herein; and it is further

11     ORDERED that pursuant to Bankruptcy Code Section 1112(a)(4)(F) and (I) and Local
12 Rule 2015, the Debtor's Chapter 11 Case is hereby dismissed.

14 SUBMITTED BY:

16 ADAM PAUL LAXALT
   Attorney General

17 By:   /s/ ALYCIA K. HANSEN
18     ALYCIA K. HANSEN
    Deputy Attorney General
19     Nevada Bar No. 9054
    555 E. Washington Avenue, Suite 3900
20     Las Vegas, Nevada 89101
    (702) 486-3184
21     Attorneys for State of Nevada,
22     on Relation of Its Department of Taxation

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

__X__  Opposing counsel waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Matthew Zirzow, Esq., Attorney for Debtor – Waived Requirement

_____  I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

SUBMITTED BY:

ADAM PAUL LAXALT
Attorney General

By: __/s/ ALYCIA K. HANSEN_____
    ALYCIA K. HANSEN
    Deputy Attorney General
    Nevada Bar No. 9054
    555 E. Washington Avenue, Suite 3900
    Las Vegas, Nevada 89101
    (702) 486-3184
    Attorneys for State of Nevada,
    on Relation of Its Department of Taxation

# # #